# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Tech Know Systems, Inc.,
a Montana corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C08-1076 BZ

V.

NewBold Corporation,
a Virginia corporation

TO: (Name and address of defendant)

NEWBOLD CORPORATION
450 Weaver Street, N.E.
Rocky Mount, Virginia 24151

To the person served: You are hereby served in the within action on behalf of NewBold Corporation as a person upon whom a copy of the summons and of the complaint may be delivered to effect service on said party under the provisions of FRCP 4(e)(1), (h)(a) and Cal. CCP 412.30, 416.10, and 415.40.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Craig S. Miller
WEISBERG & MILLER
654 Sacramento St., 3rd Flr.
San Francisco, CA 94111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE FEB 25 2008

MARY ANN BUCKLEY
(BY) DEPUTY CLERK