# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

### RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

March 18, 2008

To:   William Steven Weisberg
      Craig Sheridan Miller
      Weisberg & Miller
      654 Sacramento Street, 3rd Floor
      San Francisco, CA 94111


Re: Tech Know Systems, Inc. v. Newbold Corporation - C08-1076 BZ


Dear Counsel:

   At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **June 9, 2008 at 4:00 p.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

   At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

                        Sincerely,

                        Richard W. Wieking, Clerk
                        United States District Court


                        By:   /s/ Lashanda Scott
                              Lashanda Scott
                              Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd