# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

March 31, 2008

To:   Lyman G. Lea
      Haines & Lea, LLP
      465 California Street, Suite 200
      San Francisco, CA 94104


   Re: Tech Know Systems, Inc. v. Newbold Corporation - C08-1076 BZ

Dear Counsel:

   At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **May 14, 2008 at 10:00 a.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

   At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

                              Sincerely,

                              Richard W. Wieking, Clerk
                              United States District Court

                              By:   /s/ Lashanda Scott
                                    Lashanda Scott
                                    Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd