PETER L. LEVY SBN 25080
465 California Street, Suite 200
San Francisco, CA 94104
Telephone (415) 391-5270
Facsimile  (415) 391-5210

LYMAN G. LEA SBN 33887
HAINES & LEA, LLP
465 California Street, Suite 200
San Francisco, California 94104
Telephone:    (415) 981-1050
Facsimile:     (415) 981-0440

Attorneys for Defendant
NewBold Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECH KNOW SYSTEMS, INC., a Montana Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> NEWBOLD CORPORATION, a Virginia Corporation, <br><br> Defendant. | CASE NO.:   CV 08 1076 BZ <br><br> CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with Title 28, U. S. C. section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  March 31, 2008.

/s/ Lyman G. Lea

Counsel for Defendant NewBold Corporation