1  PETER L. LEVY SBN 25080
   465 California Street, Suite 200
2  San Francisco, CA 94104
   Telephone: (415) 391-5270
3  Facsimile:  (415) 391- 5210

4  LYMAN G. LEA SBN 33887
   HAINES & LEA, LLP
5  465 California Street, Suite 200
   San Francisco, California 94104
6  Telephone:    (415) 981-1050
   Facsimile:    (415) 981-0440
7
   Attorneys for Defendant
8  NewBold Corporation

9

10                        UNITED STATES DISTRICT COURT

11                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13
    TECH KNOW SYSTEMS, INC., a Montana      )   CASE NO.:   CV 08 1076 BZ
14  Corporation,                            )
                                            )   RE-NOTICE OF MOTION AND MOTION
15            Plaintiff,                    )   TO DISMISS
                                            )
16       vs.                                )   Date of Hearing: May 14 2008
                                            )   Time of Hearing: 10:00 a. m.
17  NEWBOLD CORPORATION, a Virginia         )   Courtroom No: G (15th Floor)
    Corporation,                            )
18                                          )
              Defendant.                    )
19                                          )
                                            )
20

21       To all Parties and their attorneys of record:

22       Please take notice that the hearing on the above motion, previously noticed for May 7,
23  2008, at 10:00 a.m., is hereby re-noticed by defendant, NewBold Corporation for May 14, 2008, at
24  10:00 a.m. or as soon thereafter as the Parties may be heard at the United States Courthouse,
25  located at 450 Golden Gate Avenue, San Francisco, California, Courtroom Number G, through the
26  undersigned attorneys, for dismissal of the original complaint of Tech Know Corporation. Said
27  motion will be made on the grounds, points and authorities, and for the reasons set forth in
28

Defendant NewBold Corporation's original Notice of Motion and Motion to Dismiss, as e-filed herein on March 28, 2008.

Dated: March 31, 2008                              Respectfully submitted,

                         Peter Levy

                        Haines & Lea, LLP

                        By /s/Lyman G. Lea

                  Attorneys for Defendant NewBold Corporation

HAINES & LEA, LLP
465 CALIFORNIA STREET
SUITE 200
San Francisco, CA 94104