**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECH KNOW SYSTEMS INC<br><br>       Plaintiff,<br>v.<br><br>NEWBOLD CORP<br>       Defendant. | NO. CV 08-01076 BZ<br><br>**CLERK'S NOTICE RE:<br>ORIGINAL DOCUMENT<br>SUBMITTED TO THE COURT** |

On 3/28/08, counsel for Defendant(s) filed a Motion to Dismiss manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been previously e-filed see docket number [6]. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for Defendant(s) are informed that the Motion to Dismiss is duplicative and the original Motion and Supporting Papers are returned to counsel pursuant to General Order 45.

.

Dated: April 1, 2008

*Alfred Amistoso* (signature)
Alfred Amistoso
Deputy Clerk