UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECH KNOW SYSTEMS, INC., a Montana Corp.,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>NEWBOLD CORP., a Virginia Corp.,<br><br>　　　　Defendant(s). | No. C08-1076 BZ<br><br>**BRIEFING ORDER** |

　　Having received defendant's motion to dismiss for lack of jurisdiction noticed for hearing on May 14, 2008, **IT IS HEREBY ORDERED** as follows:

　　1.　Plaintiff's opposition shall be filed by **April 16, 2008**;

　　2.　Defendant's reply, if any, shall be filed by **April 23, 2008.**

Dated: April 2, 2008

　　　　　　　　　　　　　　　　　_/s/ Bernard Zimmerman_
　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\TECH KNOW V. NEWBOLD\BRIIEFING ORDER.wpd

1