1  PETER L. LEVY SBN 25080
   465 California Street, Suite 200
2  San Francisco, CA 94104
   Telephone: (415) 391-5270
3  Facsimile:  (415) 391- 5210

4  LYMAN G. LEA SBN 33887
   HAINES & LEA, LLP
5  465 California Street, Suite 200
   San Francisco, California 94104
6  Telephone:    (415) 981-1050
   Facsimile:    (415) 981-0440

Attorneys for Defendant
NewBold Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECH KNOW SYSTEMS, INC., a Montana Corporation, | CASE NO.:   CV 08 1076 BZ |
| Plaintiff, | NOTICE OF APPEARANCE OF COUNSEL |
| vs. | |
| NEWBOLD CORPORATION, a Virginia Corporation, | |
| Defendant. | |

To All Parties and their Attorneys of Record:

Please take notice that Peter L. Levy at the above address is appearing in the above entitled action with Haines & Lea LLP, as co-counsel for Defendant, NewBold Corporation.

Dated: April 9, 2008

Peter L. Levy

/s/  Peter L. Levy

Attorneys for Defendant, NewBold Corporation