UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECH KNOW SYSTEMS, INC., a Montana Corp., <br><br> Plaintiff(s), <br><br> v. <br><br> NEWBOLD CORP., a Virginia Corp., <br><br> Defendant(s). | No. C08-1076 BZ <br><br> **BRIEFING ORDER** |

**IT IS HEREBY ORDERED** that by May 12, 2008, each party shall file a brief of no more than 5 pages in length addressing the following questions:

1. Are the facts necessary for the determination of personal jurisdiction and venue so intertwined with the merits that the court should not resolve the pending motion without first holding an evidentiary hearing?

2. If so, should the court hold a pre-trial evidentiary hearing or defer this issue to trial?  See <u>Data Disc, Inc. v. Sys. Tech. Assoc., Inc.</u>, 557 F.2d 1280, 1284-86 (9th Cir. 1977), footnote 2 in particular.

Dated:  May 5, 2008

                                          Bernard Zimmerman
                                United States Magistrate Judge

G:\BZALL\-BZCASES\TECH KNOW V. NEWBOLD\BRIEFING ORDER.2.wpd

1