**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge BERNARD ZIMMERMAN

Date: **05/14/2008**

**C08-1076 BZ**

**Tech Know Systems, Inc. v. Newbold Corporation**

Attorneys: Pltf: Craig Miller
            Def: Peter Levy

Time: 10:00 a.m.

Deputy Clerk: **LASHANDA SCOTT**        Reporter: **Connie Kuhl; 11:20-12:12**

**PROCEEDINGS:**                                    **RULING:**

1. Defendant's Motion to Dismiss                    Under Submission
2. _____                  _____

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Counsel shall notify the Court by no later than May 28, 2008 with a detailed plan for the following matters: Private Mediation, Settlement Conference before a Magistrate Judge, and Evidentiary Hearing.  If an Evidentiary Hearing is required the hearing will occur on July 23, 2008 at 9:00 a.m.  The Court will reset the Case Management Conference currently set on 6/9/2008 at 4:00 p.m.  The Court encourages the parties/clients to find a practical solution for the resolution of this case.

(  ) ORDER TO BE PREPARED BY:   Pltnf ____   Deft ____   Court____

(  ) Referred to Magistrate For:

(  ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off_____   Expert Discovery Cut-Off_____

Plntf to Name Experts by _____   Deft to Name Experts by_____

P/T Conference Date_____   Trial Date_____ Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court
Notes: _____