# HAINES & LEA, LLP

465 CALIFORNIA STREET, SUITE 200
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 981-1050
FACSIMILE (415) 981-0440

*Lyman G. Lea*
*Direct: 415.981.0320*
*llea@hllaw.net*

*OUR FILE NO.:*

May 27, 2008

U. S. Magistrate Judge Bernard Zimmerman
U. S. Courthouse
450 Golden Gate Ave.
Courtroom G, 15th Floor
San Francisco CA 94012-3483

  Re: Tech Know Systems, Inc. v. NewBold Corporation, No. C08-1076BZ

Dear Judge Zimmerman:

  As of this writing our client, NewBold Corporation, has agreed to participate in mediation in San Francisco before a magistrate to be selected by you, and my understanding is that Tech Know will also participate in such mediation in San Francisco. Our client's preference was to have early mediation during the period of July 25 to July 31, but opposing counsel advises me that those days do not work for his client. I have tried to obtain available dates from Tech Know's counsel, but have not yet heard from them.

  I anticipate that the parties will enter into a stipulation to mediate at a date when a magistrate is available and a date convenient to counsel. Secondly, in order not to incur further expense, the parties would stipulate to stay all discovery in the San Francisco action pending the mediation.

  NewBold Corporation does not have any further evidence to present on the issue of jurisdiction or venue; I do not know what Tech Know Systems' position is on that matter. However, following your suggestion for mediation, I assume that once the parties formally stipulate to mediation the evidentiary hearing set for July 23, 2008 and the case management conference set for June 9, 2008, will be taken off calendar.

HAINES & LEA, LLP

U. S. Magistrate Judge Bernard Zimmerman
May 27, 2008
Page 2


       All parties recognize that the amount in controversy does not merit extensive litigation.

                                        Sincerely,

                                        /s/  Peter L. Levy

                                        Peter L. Levy and Haines & Lea
                                        Attorneys for NewBold Corporation

cc: Craig Miller, Weisberg & Miller