LAW OFFICES OF



# WEISBERG & MILLER

654 SACRAMENTO STREET, 3RD FL.
SAN FRANCISCO, CA 94111

PHONE: 415-296-7070
FAX: 415-296-7060
WWW.WMLAWFIRM.COM

May 28, 2008

U.S. Magistrate Judge Bernard Zimmerman
U.S. District Court
450 Golden Gate Avenue
Courtroom G, 15th Floor
San Francisco, CA 94102-3483

      Re:    Tech Know Systems v. NewBold Corporation
      USDC Case No. C08-1076BZ

Dear Judge Zimmerman:

      This will confirm that Tech Know Systems, Inc. has agreed to mediate this matter before a magistrate of this court. This will further confirm that we have informed defense counsel that our client is unavailable to meditate this matter during the week of July 25 through July 31. However, our client will make himself available to mediate this matter any day the court chooses after August 6, 2008. It is our understanding that Defendant may not be available the week of August 4, 2008; therefore, we will continue to work with defendant and this court in selecting a day for mediation that will accommodate everyone's schedule.

      This will further confirm that we are in agreement that all discovery should be stayed, in all actions involving these two parties, until a date after mediation.

      Thank you again for the time you have provided the parties in this matter.

                                          Sincerely,

                                          Weisberg & Miller

                                          Craig S. Miller

CSM:jmd
cc:    Peter Levy, Esq.