UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECH KNOW SYSTEMS, INC., a Montana Corp., <br><br> Plaintiff(s), <br><br> v. <br><br> NEWBOLD CORP., a Virginia Corp., <br><br> Defendant(s). | No. C08-1076 BZ <br><br> **ORDER OF REFERRAL** |

**IT IS HEREBY ORDERED** that this case is referred for a settlement conference to be conducted before July 15, 2008, if at all possible.

Dated:  May 28, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\TECH KNOW V. NEWBOLD\SETTLEMENT CONF. REFERRAL. ORD.wpd

1