UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECH KNOW SYSTEMS, INC., a Montana Corp.,<br><br>   Plaintiff(s),<br><br>   v.<br><br>NEWBOLD CORP., a Virginia Corp.,<br><br>   Defendant(s). | No. C08-1076 BZ<br><br>**SCHEDULING ORDER** |

**IT IS HEREBY ORDERED** as follows:

1. The case management conference scheduled for June 9, 2008 is continued to **July 21, 2008 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

2. If the case does not settle:

   (a) case management conference statements are due **July 16, 2008**.

   (b) An evidentiary hearing on the jurisdictional issue is scheduled for **August 12, 2008 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

1

Avenue, San Francisco, California 94102.  By no later than **August 5, 2008**, each party shall file a statement identifying any witnesses it intends to call together with a time estimate.

Dated:   May 29, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\TECH KNOW V. NEWBOLD\SCHEDULING ORDER.wpd

2