UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECH KNOW SYSTEMS, INC., | No. C-08-1076 BZ (EMC) |
| Plaintiff, | |
| v. | **ORDER CONTINUING SETTLEMENT CONFERENCE** |
| NEWBOLD CORPORATION, | |
| Defendant. | |

The Court is in receipt of Plaintiff's June 2, 2008 letter (faxed to the Court and not electronically filed), requesting that the Settlement Conference scheduled for July 14, 2008 at 10:00 a.m. be continued on or after August 18, 2008. Upon consideration of the request, the Court **GRANTS** the request and shall continue the July 14, 2008 Settlement Conference to **August 18, 2008, at 10:00 a.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

♦ **Settlement Conference statements shall be lodged by hard copy only with Judge Chen's Chambers by August 4, 2008. Statements shall not be electronically filed.**

All other provisions of and dates set forth in this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

///

///

///

The parties shall notify Magistrate Judge Chen's chambers immediately if this case settles prior to the date set for Settlement Conference.

IT IS SO ORDERED.

Dated: June 2, 2008

EDWARD M. CHEN
United States Magistrate Judge

2