UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECH KNOW SYSTEMS, INC., a Montana Corp.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>NEWBOLD CORP., a Virginia Corp.,<br><br>    Defendant(s). | No. C08-1076 BZ<br><br>**SECOND SCHEDULING ORDER** |

Having received correspondence from plaintiff's counsel setting forth the parties' request to continue the case management conference and evidentiary hearing in order to allow the parties to conduct a settlement conference, **IT IS HEREBY ORDERED** as follows:

1. The case management conference scheduled for July 21, 2008 is continued to **August 25, 2008 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

2. If the case does not settle:

    (a) case management conference statements are due

1

1 | **August 18, 2008.**

2 |          (b)  An evidentiary hearing on the jurisdictional
3 | issue is scheduled for **September 4, 2008 at 9:00 a.m.** in
4 | Courtroom G, 15th Floor, Federal Building, 450 Golden Gate
5 | Avenue, San Francisco, California 94102.  By no later than
6 | **August 28, 2008**, each party shall file a statement identifying
7 | any witnesses it intends to call together with a time
8 | estimate.

9 | Dated:   June 2, 2008

            _____
                    Bernard Zimmerman
              United States Magistrate Judge

G:\BZALL\-BZCASES\TECH KNOW V. NEWBOLD\SCHEDULING ORDER2.wpd

2