**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECH KNOW SYSTEMS, INC., | No. C-08-1076 BZ (EMC) |
|     Plaintiff, | **CLERK'S NOTICE** |
|     v. | |
| NEWBOLD CORPORATION, | |
|     Defendant. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Settlement Conference set for August 18, 2008, at 10:00 a.m. before Magistrate Judge Edward M. Chen has been changed to **August 19, 2008, at 9:30 a.m.**

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for Settlement Conference.

Dated: August 11, 2008                                                  RICHARD W. WIEKING, CLERK

By:        /s/
        Leni Doyle
        Deputy Clerk