**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECH KNOW SYSTEMS, INC., | No. C-08-1076 BZ (EMC) |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| NEWBOLD CORPORATION, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Settlement Conference set for August 19, 2008, at 9:30 a.m. before Magistrate Judge Edward M. Chen has been changed to August 19, 2008, at **10:30 a.m.**

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for Settlement Conference.

Dated: August 15, 2008                                  RICHARD W. WIEKING, CLERK

                                                        By:     /s/
                                                            Leni Doyle
                                                            Deputy Clerk