**In the United States District Court
for the Northern District of California**

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**         August 19, 2008

**Court Reporter:**     FTR 081908 (3:13 - 3:22)

**Case No.:**     C-08-1076 BZ (EMC)

**Case Name:**    Tech Know Systems, Inc. v. Newbold Corporation

**Counsel:**
**Plf:**   William S. Weisberg                **Def:**   Peter L. Levy
           Craig S. Miller

**Outcome of Settlement Conference:**

|       X       | Settled |
| --- | --- |
|               | Partial settlement |
|               | Did not settle |
|               | Other: |

**Notes:**

**Time:** 5.0 hours

                                                    _____/s/_____
                                                    Leni Doyle, Deputy Clerk

cc:    EMC, BZ