IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Tech Know Systems, Inc.,**

        Plaintiff(s),

   v.

**Newbold Corporation,**

        Defendant(s),

No. C08-1076 BZ

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

Please take notice that the Initial Case Management Conference set for **August 25, 2008 at 4:00p.m.** and the Evidentiary Hearing currently set for **September 4, 2008 at 9:00 a.m.**, will be vacated.

Dated: 8/20/08

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Simone Voltz
Courtroom Deputy