UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TECH KNOW SYSTEMS, INC., | ) | |
| Plaintiff(s), | ) | No. C08-1076 BZ |
| v. | ) | **CONDITIONAL ORDER** |
| | ) | **OF DISMISSAL** |
| NEWBOLD CORPORATION, | ) | |
| Defendant(s). | ) | |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: October 6, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\TECH KNOW V. NEWBOLD\ORDER OF CONDITIONAL DISMISSAL.wpd

1