UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TECH KNOW SYSTEMS, INC., | ) | |
| Plaintiff(s), | ) | No. C08-1076 BZ |
| v. | ) | **AMENDED CONDITIONAL ORDER OF DISMISSAL** |
| NEWBOLD CORPORATION, | ) | |
| Defendant(s). | ) | |

The parties to this matter having advised the Court that they have agreed to a settlement, are requesting that the court **amend** the present 30 day period within which to move to restore the matter to the calendar.  Good cause appearing, and at the request of the parties, **IT IS HEREBY ORDERED** that the this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **90 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.  The court's previous Order of Conditional Dismissal dated October 6, 2008 is **VACATED.**

Dated: October 10, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\TECH KNOW V.NEWBOLD\AMENDED ORDER OF CONDITIONAL DISMISSAL.wpd

1